_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 27, 2015**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:       KENNETH W. ROSS
             TRACY G. ROSS
             DEBTOR(S)

                                              CHAPTER 13 BANKRUPTCY
                                              CASE NO. 14-51619 KMS

J. C. BELL, TRUSTEE

### ORDER ON TRUSTEE'S
### OBJECTION TO SECURED CLAIM
#### (Not Treated in Plan)

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to the Secured Claim (Court Claim No. 10) of CAVALRY SPV I, LLC (Docket No. 29), and the Creditor having failed to respond, the Court finds that said Objection should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Claim is not allowed as a secured claim.

IT IS, FURTHER, ORDERED AND ADJUDGED that said Claim is allowed as a general unsecured claim.

##END OF ORDER##

Submitted By:

J. C. Bell, Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
mdg@jcbell.net