MODIFIED

**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

Debtor: KENNETH W. ROSS SSN: XXX-XX-0760 CASE NO. 14-51619-kms
Joint Debtor: TRACY E. ROSS SSN: XXX-XX-9393 Median Income: [✓] Above [ ] Below
Address: 36 THORNBERRY LANE
PETALMS 39465

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of 60 months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $________ ([ ] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

(B) Joint Debtor shall pay $* 0.00 ([✓] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
FIRST PRESBYTERIAN CHURCH
4901 HARDY ST
HATTIESBURG MS 39401

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service: $ 4,109.10 at $________/month
Mississippi Dept. of Revenue: $________ at $________/month
Other/________: $________ at $________/month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: N/A

POST PETITION OBLIGATION: In the amount of $________ per month beginning ________.
To be paid [ ] direct, [ ] through payroll deduction, or [ ] through the plan.

PRE-PETITION ARREARAGE: In the total amount of $________ through ________ which shall be paid in the amount of $________ per month beginning ________.
To be paid [ ] Direct, [ ] through payroll deduction, or [ ] through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to BANCORP SOUTH Beginning NOV. 2015 @ $ 1,188.90 [ ] Plan [✓] Direct
Mtg pmts to ________ Beginning ________ @ $________ [ ] Plan [ ] Direct
Mtg pmts to ________ Beginning ________ @ $________ [ ] Plan [ ] Direct

Mtg arrears to BANCORP SOUTH Through NOV 2014 $ 0.00 @ $________/mo
Mtg arrears to ________ Through ________ $________ @ $________/mo
Mtg arrears to ________ Through ________ $________ @ $________/mo

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor:__________ Approx. amt. due: __________ Int. Rate: ______
Property Address: __________ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor:__________ Approx. amt. due: __________ Int. Rate: ______
Property Address: __________ Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:

__________
__________
__________

**GENERAL UNSECURED CLAIMS** total approximately $ 42,533.82. Such claims must be ***timely filed*** and not disallowed to receive payment as follows: ✓ IN FULL (100%), _____%(percent) MINIMUM, or a total distribution of $__________, with the Trustee to determine the percentage distribution. ***Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.***

Debtor's Initials KWR Joint Debtor's Initials JMR Chapter 13 Plan, Page 2 of 3

Total attorney fee charged: $ 3,200.00
Attorney fee previously paid: $ 990.00
Attorney fee to be paid in plan: $ 2,210.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

Telephone/Fax:

Attorney for Debtor (Name/Address/Phone/Email)
DAVID L. LORD (1427)
808 WEST PINE STREET
HATTIESBURG MS 39401

Telephone No. 601-583-6132
Facsimile No. 601-582-5627
Email address lordlawfirm2@bellsouth.net

DATED: 10/17/2014 DEBTOR'S SIGNATURE [signature]

JOINT DEBTOR'S SIGNATURE [signature]

ATTORNEY'S SIGNATURE [signature]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: KENNETH W. ROSS
TRACY G. ROSS, Debtors

CASE NO: 14-51619 KMS
Chapter 13 Proceeding

I/We declare under penalty of perjury that the following marked items have been amended/modified and are true and correct:

| | |
|---|---|
| ________ | Voluntary Petition |
| ________ | Summary of Schedules |
| ________ | Statistical Summary |
| ________ | Schedule A |
| ________ | Schedule B |
| ________ | Schedule C |
| ________ | Schedule D |
| ________ | Schedule E |
| ________ | Schedule F |
| ________ | Schedule G |
| ________ | Schedule H |
| ________ | Schedule I |
| ________ | Schedule J |
| ________ | Statement of Financial Affairs |
| X | Chapter 13 Plan |
| ________ | Statement of Intentions |
| ________ | Matrix |
| ________ | Statement of Current Monthly Income and Means Test Calculations |
| ________ | Statement of Social Security Numbers (B21) |

Executed this the 15th day of September, 2015.

KENNETH W. ROSS

TRACY G. ROSS