

SO ORDERED,

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 27, 2015

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: KENNETH W. ROSS | CASE NO. 14-51619 KMS |
| TRACY E. ROSS, Debtors | Chapter 13 Proceeding |

### ORDER GRANTING DEBTORS' MOTION FOR MODIFICATION OF CHAPTER 13 PLAN (DK# 38 )

THIS MATTER having come on for consideration of the Debtors' Motion for Modification of Chapter 13 Plan and no objection or other response having been timely filed and the Court having considered the same and being fully advised in the premises is of the opinion that the Motion is well taken and should be and is hereby granted. It is therefore,

ORDERED AND ADJUDGED that the Motion for Modification of Chapter 13 is hereby granted and the debtor's Chapter 13 Plan is hereby modified consistent with the relief requested therein.

##END OF ORDER##

Prepared By:
David L. Lord
MS Bar 1427
808 West Pine Street
Hattiesburg, MS  39401
Phone (601) 583-6132/Fax (601)582-5627
Email: lordlawfirm2@bellsouth.net